New York, and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ARTHUR W. SMITH, Respondent, v. FORD MOTOR COMPANY, Appellant.— Motion for stay granted. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

THE TRUSTEES AND ASSOCIATES OF THE BROOKLYN BENEVOLENT SOCIETY, Respondent, v. WILLIAM F. CONNELL and Another, Appellants.— Motion granted, without costs, and matter referred to the Hon. William D. Dickey as official referee. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

VILLAGE OF HEMPSTEAD, Respondent, v. PHILIP MAIER, Appellant.— Motion denied, with ten dollars costs, on the ground that the judgment in the Justice's Court was not on default, but on the verified complaint. (Code Civ. Proc. § 2891.) The appeal brings up the sufficiency of the complaint. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

BENJAMIN E. BANKS and Another, Respondents, v. SAMUEL OLIM, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

MARGARET M. BONSALL, Respondent, v. BEATRICE C. SHIVERICK, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground of error in ruling upon evidence at folio 638 of the record. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred; Jenks, P. J., and Mills, J., being also of opinion that the verdict was contrary to the weight. of evidence.

MARGARET M. BONSALL, Respondent, v. BEATRICE C. SHIVERICK, Appellant.— Order affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

MARY A. BRODERICK, Respondent, v. NORTHERN ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

MARY A. BRODERICK, Respondent, v. NORTHERN ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Appellant. (Appeal No. 1.) — Order modified by striking out the costs, and as so modified affirmed, without costs.. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

ALGERNON R. BURCHSTED, Respondent, v. PATERSON BREWING AND MALTING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

In the Matter of the Estate of KATHERINE B. JOHNSTON, Deceased. ANNIE DU BOIS SWAIN, Appellant; FRANK HASBROUCK, Executor, and Others, Respondents.— Decree of the Surrogate's Court of Dutchess county affirmed, with costs to the executor respondent, payable out of any moneys coming to the appellant legatee out of the estate. The rule is that among a group of general legacies priority will not be given to any one of them unless the testator's intention to create a preference is clearly and